BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant United States Attorney
1130 O Street, Room 3654
Fresno, California 93721
Telephone: (559) 498-7272

DANIEL BRODERICK, Bar # 89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
IGNACIO GIL

FILED
DEC 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>IGNACIO GIL,<br>           Defendant. | NO. 1:09-cr-0127 LJO<br><br>[PROPOSED] ORDER RE COMPETENCY TO STAND TRIAL (18 U.S.C. § 4241(d)) |

Based on the psychiatric examination and report of Dr. Laura Geiger, it appears pursuant to 18 U.S.C. §§ 4241(d) that there is reasonable cause to believe that Mr. Gil is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Pursuant to 18 U.S.C. § 4241(d)(1), the court hereby commits the defendant to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

1  At the end of the four month period, the director of the facility will certify that Mr. Thompson has attained the capacity to permit the trial to proceed or that his condition has not so improved as to permit the trial to proceed pursuant to 18 U.S.C. § 4241, and the court shall hold a hearing pursuant to the provisions of 18 U.S.C. § 4247 (d). All time will be excluded in computing the time within which the trial of Defendant's current offense must commence pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(4). The current status conference set for December 4, 2009 shall be vacated.

IT IS SO ORDERED.

Dated: December 3, 2009

LAWRENCE J. O'NEILL
United States District Court Judge for the
Eastern District of California

2