DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
IGNACIO GIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:09-cr-0127 LJO |
| *Plaintiff,* | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE HEARING |
| v. | ) |
| IGNACIO GIL, | ) DATE:  July 30, 2010<br>) TIME:   9:00 A.M.<br>) JUDGE: Hon. Lawrence J. O'Neill |
| *Defendant.* | ) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for July 9, 2010, **may be continued to July 30, 2010 at 9:00 A.M.**

Recently, both counsel have received notice from FMC Butner that Mr. Gil has been restored to competency. We have been informed by the United States Marshal's Office that Mr. Gil will not be transported back by this Friday's court appearance. This continuance is at the request of all counsel to allow time for Mr. Gil's transport and to give defense counsel the proper time to meet with Mr. Gil and prepare his case and with the intention of conserving time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: July 7, 2010        By:    /s/ Ian Garriques
                                  IAN GARRIQUES
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


                                  DANIEL J. BRODERICK
                                  Federal Defender

DATED: July 7, 2010        By:    /s/ Charles J. Lee
                                  CHARLES J. LEE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  IGNACIO GIL


# **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: July 8, 2010

                                   /s/ Lawrence J. O'Neill
                                  HON. LAWRENCE J. O'NEILL
                                  United States District Judge

Stipulation and [Proposed] Order to
Continue Status Conference Hearing            2