DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
IGNACIO GIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff,*<br><br>  v.<br><br>IGNACIO GIL,<br><br>       *Defendant.* | No. 1:09-cr-0127 LJO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE: September 24, 2010<br>TIME: 8:45 A.M.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for August 13, 2010, **may be continued to September 24, 2010 at 8:45 A.M.**

Recently, Mr. Gil has been returned from FMC Butner after being restored to competency. However, defense counsel has had difficulty communicating with Mr. Gil and Mr. Gil has spent a substantial portion of his current stay here at the Fresno County Jail in a safety cell. Defense counsel has some doubt regarding Mr. Gil's current ability to understand the nature of the criminal proceedings and his ability to assist his counsel in his defense. On August 10, 2010, defense counsel attempted once again to visit with client at the Fresno County Jail but was informed by the jail staff that Mr. Gil had been transported to Community Medical Center due to his current condition.

///

1    Dr. Laura Geiger performed Mr. Gil's initial competency evaluation. Defense would like to now retain Dr. Geiger for a follow up examination and needs additional time for that report to be completed.

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: August 10, 2010                      By: /s/ Ian Garriques
                                            IAN GARRIQUES
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            DANIEL J. BRODERICK
                                            Federal Defender


DATED: August 10, 2010                      By: /s/ Charles J. Lee
                                            CHARLES J. LEE
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            IGNACIO GIL


## O R D E R

**Good Cause exists for the continuance and it is therefore granted.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:   August 10, 2010**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE



Stipulation and [Proposed] Order to                    2
Continue Status Conference Hearing